**MINTZER, SAROWITZ, ZERIS,**
**LEDVA & MEYERS**
BY: JAY E. MINTZER, ESQUIRE
Identification No.: 34705
22nd Floor
1528 Walnut Street
Philadelphia, PA  19102
(215) 735-7200
MSZL&M File No. 0610.0009

Attorney for Defendant(s), CHICAGO
INSURANCE COMPANY

| | |
|---|---|
| MITCHELL N. KAY LAW OFFICES,<br><br>vs.<br><br>CHICAGO INSURANCE COMPANY AND SALENA OSLAN, | COURT OF COMMON PLEAS<br>Eastern District<br><br><br>No. 02CV3146 |

ENTRY OF APPEARANCE AND DEMAND FOR JURY TRIAL

TO THE PROTHONOTARY:

Kindly enter our appearance on behalf of defendant(s), CHICAGO INSURANCE COMPANY, in the within action. Defendant(s) hereby demands a jury trial in this matter. Jury of twelve with alternates, demanded.

> MINTZER, SAROWITZ, ZERIS,
> LEDVA & MEYERS
>
>
> BY: _____
>     JAY E. MINTZER, ESQUIRE
>     Attorney for Defendant(s),
>     CHICAGO INSURANCE COMPANY